# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-mj-617 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| AARON JOHNSON, | : | |
| Defendant. | : | |

# BINDOVER ORDER

This matter was set for preliminary examination on September 17, 2018. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

September 26, 2018

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge